```
                                    FILED          RECEIVED
                                    ENTERED        SERVED ON
                                    COUNSEL/PARTIES OF RECORD

                                          APR 1 3 2017

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                                BY:                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:16-cr-00046-GMN-PAL-18 |
| vs. | |
| MICAH L. McGUIRE, | |
| Defendant. | **ORDER** |

On April 13, 2017, this Court granted the MOTION to Dismiss Counsel (doc. 1791). Accordingly, IT IS HEREBY ORDERED that **RANDALL J. ROSKE**, is APPOINTED as counsel for Micah L. McGuire in place of Chris Arabia's Office for all future proceedings.

Chris Arabia's office shall forward the file to Mr. Roske forthwith.

DATED this 13th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE