# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
                          )     Case No.: 2:16-cr-00046-GMN-PAL
            Plaintiff,    )
    vs.                   )     **ORDER ACCEPTING REPORT &**
                          )     **RECOMMENDATION OF MAGISTRATE**
MICAH L. McGUIRE,         )     **JUDGE LEEN**
                          )
            Defendant.    )
                          )

Pending before the Court is the Report and Recommendation (ECF No. 1922) of United States Magistrate Judge Peggy A. Leen, entered on May 2, 2017, recommending the denial of Defendant Micah L. McGuire's ("Defendant's") Motion to Dismiss (ECF No. 1792).

Pursuant to Local Rule IB 3-2(a), objections were due by May 16, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Judge Leen's recommendation that Defendant's Motion to Dismiss (ECF No. 1792) be denied as untimely and in violation of LR IA 11-6(a). Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED**. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 1922) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 1792) is **DENIED**.

**DATED** this 23 day of May, 2017.

                                                                _____
                                                                Gloria M. Navarro, Chief Judge
                                                                United States District Court